# MEMORANDUM OPINION

No. 04-08-00385-CV

**IN RE** Ramiro **ALARCON**, et al.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed:   June 11, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for a writ of mandamus and amended emergency motion for temporary relief and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relators' petition and motion are denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CVQ-001749-D2, styled *Guadalupe Vasquez, et al. v. Ramiro Alarcon, et al.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Raul Vasquez presiding.